Selman Breitman LLP
ATTORNEYS AT LAW

1

2

3

4                                                                              JS-6

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  SCOTTSDALE INSURANCE          Case No. 2:17-cv-02855-JFW (FFMx)
    COMPANY,
                                  **SUMMARY JUDGMENT AGAINST**
12           Plaintiff,           **MGR DESIGN INTERNATIONAL**

13      v.
                                  Judge      :   Hon. John F. Walter
14  ALFREDO RAMIREZ DBA RAMIREZ   Courtroom  :   7A
    LABOR MANAGEMENT and MGR
15  DESIGN INTERNATIONAL, INC. ,

16           Defendants.

17

18          After consideration of Scottsdale Insurance Company's ("Scottsdale") Motion

19  for Summary Judgment Against MGR Design International, Inc. ("MGR") and

20  evidence in support thereof, the lack of opposition to the Motion by MGR and

21  notice filed by Scottsdale that MGR does not intend to file papers in opposition to

22  Scottsdale's Motion for Summary Judgment, this Court orders summary judgment

23  in favor of Scottsdale and against defendant MGR.

24          With respect to the first cause of action for rescission, the Court rules and

25  judges that the Commercial General Liability Insurance Policy No. CPS1734059,

26  effective May 23, 2013, to May 23, 2014, issued by Scottsdale to "Ramirez Labor

27  Management" (the "Scottsdale Policy") is rescinded and, is thus *void ab initio* as if

28  it never existed.  The Court specifically finds that rescission of the Scottsdale Policy

                                        1

755010.1A 380.41877

terminates MGR's potential rights and obligations under the Scottsdale Policy as an additional insured.

With respect the second cause of action for declaratory relief, the Court rules and declares that Scottsdale is not obligated to defend or indemnify MGR in an underlying lawsuit titled *Olga Banuelos v. MGR Design International*, pending in the Superior Court of the State of California, County of Ventura, Case No. 56-2015-00474658-CU-PO-VTA.

**IT IS SO ORDERED.**

DATED: September 25, 2017    _____
                                              HON. JOHN F. WALTER

2:17-cv-02855-JFW (FFMx)

755010.1A 380.41877

Selman Breitman LLP
ATTORNEYS AT LAW